IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHELDON SOETE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MATTHEW CLUCAS,<br><br>　　　　Defendant. | CV 24–15–M–DLC<br><br><br>ORDER |

On January 30, 2024, the Court denied Plaintiff's motion to proceed in forma pauperis and ordered Plaintiff to pay the filing fee if he wanted to proceed with this action. (Doc. 5 at 2.) District of Montana Local Rule 3.1(a)(2) provides that "unless the originating document is a petition for writ of habeas corpus, payment of the full amount of the filing fee or a motion to proceed in forma pauperis" is required. Plaintiff has not paid the required filing fee and has therefore not met the requirements to file a new case.

Accordingly, IT IS ORDERED that the Clerk of Court shall close this file.

DATED this 8th day of May, 2024.

　　　　　　　　　　　　　　　　　/s/ Dana L. Christensen
1　　　　　　　　　　　　　　　　Dana L. Christensen, District Judge
　　　　　　　　　　　　　　　　　United States District Court